```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07342
   MARVIN JENKINS
   VERONICA JENKINS                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8594      SSN XXX-XX-2301

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/24/2007 and was confirmed 07/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  37.00%.

     The case was converted to chapter 7 after confirmation 01/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
HSBC BANK USA              CURRENT MORTG        .00             .00             .00
HSBC BANK USA              MORTGAGE ARRE     290.79             .00          290.79
HSBC BANK USA              CURRENT MORTG        .00             .00             .00
HSBC BANK USA              MORTGAGE ARRE    1122.95             .00         1122.95
ILLINOIS DEPT OF REVENUE   PRIORITY          942.41             .00             .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED            .00             .00
NW COLLECTOR               UNSECURED       NOT FILED            .00             .00
NW COLLECTOR               UNSECURED       NOT FILED            .00             .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED       NOT FILED            .00             .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED       NOT FILED            .00             .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED       NOT FILED            .00             .00
I C COLLECTION SERVICE     UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED         530.40             .00             .00
MILTON A TORNHEIM          DEBTOR ATTY     1,804.00                         1,804.00
TOM VAUGHN                 TRUSTEE                                            232.26
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    3,450.00

PRIORITY                                                 .00
SECURED                                             1,413.74
UNSECURED                                                .00
ADMINISTRATIVE                                      1,804.00
TRUSTEE COMPENSATION                                  232.26
DEBTOR REFUND                                            .00
                           --------------          --------------
TOTALS                         3,450.00                3,450.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 07342 MARVIN JENKINS & VERONICA JENKINS

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 07 B 07342 MARVIN JENKINS & VERONICA JENKINS